**FILED**
August 03, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ Aida Baeza
DEPUTY

UNITED STATES DISTRICT COURT ——————————— Western District of Texas

P —26 —cv —00057

Claire Fitzgerald

V.

James R. Baugher, Eric Komitee

Michael Loguercio, Margo K. Brodie,

Defendants do not honor gay rights, while this Court must instruct them.

Punitive damage is sought.

Claire Fitzgerald

Claire Fitzgerald
277 Walnut Ave,
Oklahoma City, OK 73159

DV DANIELS NJ   070

30 JUL 2026   PM 8



A

AUG 0 2 2026

SCREENED BY

U.S. District Court Clerk's Office
2450 State Hwy. 118
Alpine, TX 79830

RECEIVED

AUG 0 3 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY

79830$2037 C001